JAMES P. KEMP, ESQ.
Nevada Bar No.: 6375
VICTORIA L. NEAL, ESQ.
Nevada Bar No.: 13382
KEMP & KEMP
7435 W. Azure Drive, Suite 110
Las Vegas, NV  89130
702-258-1183 ph /702-258-6983 fax
jp@kemp-attorneys.com
vneal@kemp-attorneys.com

Attorneys for Plaintiff
*Ronald Brugada*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RONALD BRUGADA, | Case No.: 2:19-cv-01596-KJD-VCF |
| Plaintiff, | |
| vs. | **STIPULATION TO DISMISS WITH PREJUDICE** |
| SOUTHERN NEVADA HEALTH DISTRICT, 1 local governmental agency; Does I-X; | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and

…

…

…

…

…

…

…

1

respective counsel, that the above-entitled case be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated: March 31, 2021.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/ Victoria L. Neal | /s/ Rebecca Bruch |
| JAMES P. KEMP, ESQ. (Bar No. 6375) | REBECCA BRUCH, ESQ. (Bar No. 7289) |
| VICTORIA L. NEAL, ESQ. (Bar No. 13382) | LEMONS, BRUNDY & EISENBERG |
| KEMP & KEMP | |
| Attorneys for Plaintiff | Attorney for Defendant |
| Ronald Brugada | Southern Nevada Health District |

## **ORDER**

**IT IS SO ORDERED.**

Dated: __April 1_____, 2021.

_____
UNITED STATES DISTRICT JUDGE
HONORABLE KENT J. DAWSON

KEMP & KEMP
ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110
LAS VEGAS, NEVADA 89130
Tel. (702) 258-1183 ♦ Fax (702) 258-6983

2